IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Filed _7-28-06_____

Clerk, U. S. District Court
Western District of Texas

By _____
                    Deputy

| | | |
|---|---|---|
| MARTHA CASTILLEJA, AS LEGAL REPRESENTATIVE OF THE ESTATE OF ALFONSO CASTILLEJA, DECEASED AND INDIVIDUALLY AS HEIR AND GEORGE A. CASTILLEJA, JAMES E. CASTILLEJA AND CYNTHIA A. LOPEZ, INDIVIDUALLY AND AS HEIRS OF ALFONSO CASTILLEJA, DECEASED AND MARTHA CASTILLEJA AS NEXT FRIEND OF NICOLAS G. CASTILLEJA, A MINOR AND HEIR OF ALFONSO CASTILLEJA, DECEASED | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No.  A05CA580 SS |
| v. | ) ) ) | |
| ALCOA INC., d/b/a ROCKDALE WORKS, KELLY STAFFING SERVICES, INC. d/b/a KELLY SERVICES, INC., GEORGE KOEHLER, R.N., VESCOM CORPORATION AND ARLENE BRISTER | ) ) ) ) ) | |
| Defendants. | | |

## AGREED FINAL JUDGMENT

On this date came to be heard the above-styled and numbered cause.  The Parties appeared in person and/or through their counsel and requested entry of this Judgment based on their agreements.  Based on the statements and representations of the parties and their counsel, the Court finds as follows:

It is ORDERED, ADJUDGED, and DECREED that Plaintiffs Martha Castilleja, Individually, George A. Castilleja, Individually, James E. Castilleja, Individually, Cynthia A. Lopez, Individually, and Martha Castilleja as next friend of Nicolas G. Castilleja take nothing

1

from Defendants Alcoa Inc., d/b/a Rockdale Works, Kelly Staffing Services, Inc. d/b/a Kelly

Services, Inc., George Koehler, R.N., Vescom Corporation and Arlene Brister ("Defendants").

It is further ORDERED, ADJUDGED and DECREED that the adult Plaintiffs Martha

Castilleja, George A. Castilleja, James E. Castilleja, and Cynthia A. Lopez are authorized to

enter into a settlement with Defendants in the manner that has been recited to the Court, which

settlement has a present value of ONE-HUNDRED THIRTY THOUSAND DOLLARS

($130,000.00).  It is understood that the adult Plaintiffs, and duly appointed guardians of the

minor Plaintiff, recognize their responsibility for the medical expenses and care of the minor

Plaintiff in the past and for the expected medical expenses and care of the minor Plaintiff,

continuing until the minor Plaintiff has attained the age of 18.  The adult Plaintiffs fully

understand that they will have no future right to recover any damages, either for themselves or

for Nicolas G. Castilleja.

It is further ORDERED, ADJUDGED and DECREED that of the award to the minor

Plaintiff, funds shall be placed in a structured settlement for the minor Plaintiff, funded through

the purchase of an annuity from Allstate Life Insurance Company, in the form and in the manner

recited to the Court.  The obligation to make the annuity payments has been transferred through a

"qualified assignment" within the meaning of § 130(c) of the INTERNAL REVENUE CODE of

1986 as called for in the Settlement Agreement, the terms of which were made known to the

Court.  It is understood that all sums herein are awarded as compensation for personal injuries to

and death of Alfonso Castilleja.  The Court notes that the annuity payments to Nicolas G.

Castilleja shall not be anticipated by the recipient, and shall not be subject to any sale, transfer,

assignment, pledge, hypothecation or any other disposition, in whole or in part, by the recipient,

save and except that at the respective date Nicolas G. Castilleja attains the age of 18 years, or

otherwise has his disability of minority removed, and provided that the recipient is otherwise legally competent, such recipient may designate a beneficiary or otherwise provide for the disposition of any subsequent annuity payments due to such recipient by will or other lawful device.

It is further ORDERED, ADJUDGED and DECREED that the Court approves the settlement referred to herein, and finds that all payments have been made by or on behalf of Defendants herein or by agreement of the parties have or will be made, and accordingly that Plaintiffs Martha Castilleja, George A. Castilleja, James E. Castilleja, and Cynthia A. Lopez and Martha Castilleja as next friend of the minor Plaintiff, Nicolas G. Castilleja, shall take nothing from Defendants for all claims and causes of action which were brought against Defendants, or which Plaintiffs could have brought against Defendants in this cause arising out of the matters more fully described in the Settlement Agreement and Release which Plaintiffs have executed.

It is further ORDERED, ADJUDGED, and DECREED that this Judgment shall be sealed and remain confidential.

It is further ORDERED, ADJUDGED, and DECREED that this Judgment is non-appealable by any party as it is based on the agreements of the parties, after consultation with counsel and the attorney ad litem representing the minor child.

It is further ORDERED, ADJUDGED, and DECREED that all other relief requested is denied and that all claims which were or could have been asserted in this cause are denied and dismissed with prejudice.

This Judgment disposes of all parties and all claims, and is a FINAL JUDGMENT.

SIGNED this 28th day of July, 2006.

_____
HONORABLE SAM SPARKS
United States District Judge

AGREED:

Drew S. Richman, Esq.
MARTIN & CUKJATI, L.L.P.
1802 Blanco Road
San Antonio, TX 78212
Telephone: (210) 223-2627

Pat Maloney, Jr., Esq.
LAW OFFICES OF PAT MALONEY, P.C.
239 East Commerce
San Antonio, TX 78205
Telephone: (210) 226-5125

COUNSEL FOR PLAINTIFFS

Will Coates
LAW OFFICES OF WILL COATES
State Bar No. 04425001
111 Congress, Suite 1040
Austin, TX 78701
Telephone: (512) 499-0444

ATTORNEY AD LITEM

Paul Amato
LEBOEUF, LAMB, GREENE & MACRAE, LLP
One Gateway Center
420 Fort Duquesne Boulevard, Suite 1600
Pittsburgh, PA 15222-1437
Telephone: (412) 594-2300

COUNSEL FOR DEFENDANT ALCOA
INC.

James N. Isbell
Jason M. Yacuk
THOMPSON, COE, COUSINS & IRON, L.L.P.
One Riverway, Suite 1600
Houston, TX 77056
Telephone: (713) 403-8210

COUNSEL FOR DEFENDANTS
VESCOM CORPORATION AND
ARLENE BRISTER